# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# AT BALTIMORE

**IN RE:**

| | | |
|---|---|---|
| Boaz Alternative Energy and | * | Case No.:   17-12218 |
| Technologies, LLC | * | Chapter |
| | * | |

**Debtor.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS CASE

COMES NOW Boaz Alternative Energy and Technologies, LLC, Debtor-in-Possession (the "DIP"), and states as follows:

1. On February 20, 2017, the instant case was filed under Chapter 11 of the Bankruptcy Code.

2. On January 19, 2018, the U.S. Trustee filed a Line Consenting, on Debtor's Behalf, to Conversion of Case to Chapter 7.

3. On January 25, 2018 this Court issued an Order converting the instant case to one under Chapter 7 of the Bankruptcy Code.

4. Dismissal of the case will not prejudice the creditors; there is only one creditor who is secured by property of the Debtor.

WHEREFORE, Debtor respectfully requests that the Court dismiss the above captioned Chapter 7 case.

Respectfully submitted,

Date: January 30, 2018

*/s/Justin Schnitzer*
Justin Schnitzer #19205
1212 Reisterstown Rd. Ste. 201
Pikesville, MD 21208
443-499-2757

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this, January 30, 2018, a copy of the foregoing Motion to Dismiss was mailed first class, postage prepaid, to:

Secured Investment Corp
1121 E. Mullan Ave
Coeur D Alene, ID 83814

and electronically delivered to the United States Trustee
USTPRegion04.BA.ECF@USDOJ.GOV

and the Chapter 7 Trustee

*/s/Justin Schnitzer*
Justin Schnitzer #19205
1212 Reisterstown Rd. Ste. 201
Pikesville, MD 21208
443-499-2757