

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | |
|---|---|
| In re: | (<br>(<br>( |
| Boaz Alternative Energy & Technologies, LLC | (<br>(  Case No.: 17-12218-NVA<br>(<br>(       (Chapter 7) |
| Debtor(s) | |

**<u>CONSENT ORDER GRANTING BSI FINANCIAL SERVICES MOTION FOR ADEQUATE PROTECTION</u>**

UPON CONSIDERATION of (a) the Motion for Adequate Protection filed by the secured creditor, BSI Financial Services as servicer for TD REO FUND, LLC ("BSI"), (b) the consent of (i) the Chapter 7 Trustee, Zvi Guttman and (ii) Debtor, Boaz Alternative Energy and Technologies, LLC, it is hereby;

ORDERED, the Automatic Stay pursuant to §362(d)(4) will not be re-imposed in rem specifically as to the property located at 2123 N. Calvert Street, Baltimore, MD 21218 ("Property"), as to the Debtor or as to any other third party by the filing of a bankruptcy case within a 90 day period effective from the entry of this order; and further

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362(a)(4) is terminated to enable BSI to avail itself of its rights under the Deed of Trust, Promissory Note and state law, including but not to the initiation or continuation of foreclosure proceedings in the Circuit Court of Baltimore City,

Maryland, against the Property to obtain or transfer title to the Property, and allow the successful

to obtain possession of same.

Consented to:

| /s/ Erin M. Shaffer | /s/ Zvi Guttman | /s/ Justin R. Schnitzer |
|---|---|---|
| Erin M. Shaffer (29241) | Zvi Guttman (06902) | Justin R. Schnitzer (19205) |
| Greenspoon Marder, LLP | The Law Offices of Zvi Guttman, P.A. | Phoenix Law Group, LLC |
| 1125 West Street, Suite 265 | Post Office Box 32308 | 1212 Reisterstown Rd. #201 |
| Annapolis, Maryland 21401 | Baltimore, Maryland 21282 | Pikesville, Maryland 21208 |
| 410-919-9819 | 410-580-0500 | 443-499-2757 |
| erin.shaffer@gmlaw.com | Zvi@zviguttman.com | justin@plgmd.com |

**Suggested Distribution List**

Office of the U.S. Trustee
101 W. Lombard St., Room 2625
Baltimore, MD   21201

Zvi Guttman, Esq.
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Erin M. Shaffer, Esq.
Greenspoon Marder, LLP
1125 West Street, Suite 265
Annapolis, Maryland 21401

Justin R. Schnitzer, Esq.
Phoenix Law Group, LLC
1212 Reisterstown Rd. #201
Pikesville, Maryland 21208

**END OF ORDER**