Entered: June 4, 2018
Signed:  June 4, 2018

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **17–12218 – NVA**    Chapter: **7**

**Boaz Alternative Energy and Technologies LLC**
Debtor

### ORDER DISCHARGING TRUSTEE AND CLOSING CASE

    It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

    ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Case Trustee – Zvi Guttman
      U.S. Trustee

**End of Order**

odsctr – dwalston