United States Bankruptcy Court
District of Maryland

In re:                                                                  Case No. 17-12218-NVA
Boaz Alternative Energy and Technologies                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1      User: dwalston         Page 1 of 1           Date Rcvd: Jun 04, 2018
                          Form ID: odsctr        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2018.
db             +Boaz Alternative Energy and Technologies LLC,    2313 North Calvert Street,
                Baltimore, MD 21218-5202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2018 at the address(es) listed below:
      Erin Marie Shaffer    erin.shaffer@gmlaw.com,  bankruptcy@gmlaw.com
      Gerard R. Vetter    gerard.r.vetter@usdoj.gov
      Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
      Justin Schnitzer    Justin@plgmd.com,  r42566@notify.bestcase.com
      US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
      Zvi Guttman    zguttman@gmail.com,  zviguttman@outlook.com,MD55@ecfcbis.com
                                                                                                     TOTAL: 6

Entered: June 4, 2018
Signed:  June 4, 2018

**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **17–12218 – NVA**   Chapter: **7**

**Boaz Alternative Energy and Technologies LLC**
Debtor

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Case Trustee – Zvi Guttman
      U.S. Trustee

## End of Order

odsctr – dwalston